Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000917
30-DEC-2015
07:54 AM

NO. CAAP-15-0000917

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JULIA ANN ROWE, fka JULIA ANN AMBAGIS, Plaintiff-Appellee,
v.
STEPHEN MICHAEL AMBAGIS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 09-1-0338)

ORDER APPROVING THE DECEMBER 22, 2015
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed December 22, 2015, by Defendant-Appellant Stephen
Michael Ambagis, the papers in support, and the record, it
appears that (1) the stipulation is dated and signed by counsel
for all parties appearing in the appeal; (2) the parties seek to
dismiss the appeal, pursuant to Hawai'i Rules of Appellate
Procedure (HRAP) Rule 42, with each party bearing its own
attorney's fees and costs; (3) the appeal has not been docketed;
and (4) dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, December 30, 2015.

Chief Judge

Associate Judge

Associate Judge